✎ PS 8
(3/15)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 29, 2025

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Castagna, Deena Marie | Docket No. | 0980 2:25CR00074-TOR-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Deena Marie Castagna, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke sitting in the court at Spokane, Washington, on the 15th day of May 2025, under the following conditions:

**Condition #11:** Controlled Substances Prohibition: Defendant shall not use or possess any narcotic drug or controlled substances as defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized to use medical marijuana under state law and regardless of whether marijuana is legal under state law.

**Condition #14:** Alcohol Prohibition: Defendant shall not use or possess any alcoholic beverage. Defendant shall not go to any establishment where alcohol is the primary item of sale.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On May 20, 2025, the undersigned officer reviewed the conditions of pretrial release supervision with Ms. Castagna. She acknowledged an understanding to the release conditions at that time.

**Violation #1:** Deena Marie Castagna is alleged to have violated the conditions of pretrial release supervision by admitting to ingesting the prescription medication, Adderall, without a valid prescription on July 8, 2025.

On July 8, 2025, Ms. Castagna reported to Pioneer Human Services (PHS) and provided a urine specimen with negative results. However, she admitted to a PHS staff member that she ingested Adderall on or about July 6, 2025. Due to her admission of using a prescription medication without a valid prescription, the urine specimen was sent to Alere Toxicology Services, Inc. (Alere) for further analysis.

On July 9, 2025, the undersigned officer confronted Ms. Castagna about her admission to using Adderall without a prescription. She advised she was feeling depressed due to multiple stressors in her life. Her friend reportedly gave her an Adderall pill, in which she ingested the prescription medication. Subsequently, the undersigned officer advised Ms. Castagna to refrain from ingesting prescription medication and to seek medical help if she is in need of prescription medication.

**Violation #2:** Deena Marie Castagna is alleged to have violated the conditions of pretrial release supervision by testing positive for the presence of alcohol on or about June 26, 2025.

On June 26, 2025, Ms. Castagna reported to Pioneer Human Services and provided a urine sample that tested presumptive positive for the presence of Ethyl Glucuronide (alcohol). Ms. Castagna denied consuming alcohol at that time. Subsequently, the sample was sent to Alere Toxicology Services, Inc. (Alere) for further analysis.

On June 2, 2025, Alere confirmed the above-noted tested positive for the presence Ethyl Glucuronide and Ethyl Sulfate (alcohol).

**Re: Castagna, Deena Marie**
**July 29, 2025**
**Page 2**

On June 9, 2025, the undersigned officer confronted Ms. Castagna about testing positive for the presence of alcohol. Ms. Castagna acknowledged a friend gave her an alcoholic beverage around June 26, 2025. The undersigned officer reminded Ms. Castagna of her condition to abstain from consuming alcoholic beverages.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on: July 29, 2025 |
| by | s/Erik Carlson |
|  | Erik Carlson<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[X]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_Thomas O. Rice_
Signature of Judicial Officer

July 29, 2025
Date