PROB 12C
(6/16)

Report Date: September 2, 2026

ECF No 48

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 03, 2026

SEAN F. MCAVOY, CLERK

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Deena Marie Castagna Case Number: 0980 2:25CR00074-TOR-1

Address of Offender: [redacted] Medical Lake, Washington 99022

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: April 15, 2026

Original Offense: Distribution of Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(C)

Original Sentence: Probation - 48 months Type of Supervision: Probation

Asst. U.S. Attorney: Michael Louis Vander Giessen Date Supervision Commenced: April 15, 2026

Defense Attorney: Federal Defenders Office Date Supervision Expires: April 14, 2030

---

## PETITIONING THE COURT

To issue a summons.

On April 20, 2026, a probation intake was completed. Ms. Castagna signed a copy of her judgment acknowledging an understanding of the conditions imposed by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: It is alleged that Deena Castagna violated the terms of her probation by consuming a controlled substance, methamphetamine, on or about July 31, 2026.<br><br>On July 31, 2026, a sweat patch was applied to Ms. Castagna. On August 3, 2026, it was removed. A lab report has since been received noting a positive presence for methamphetamine and amphetamine. |
| 2 | **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: It is alleged that Deena Castagna violated the terms of her probation by consuming a controlled substance, fentanyl, on or about July 15, 2026.

On July 15, 2026, Ms. Castagna submitted to a urinalysis as a requirement for her treatment provider, Compassionate Addiction Treatment (CAT). The lab report later confirmed a positive presence for norfentanyl, the metabolite of fentanyl.

3 **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Deena Castagna violated the terms of her probation by failing to appear for a random urinalysis, on or about August 25, 2026.

Ms. Castagna is enrolled in random drugs testing with Pioneer Human Services (PHS). She is expected to call the testing line daily to determine if she is required to appear for testing that same day. PHS advised that Ms. Castagna did not appear for testing on August 25, 2026.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 09/02/2026

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Thomas O. Rice

Signature of Judicial Officer

September 3, 2026

Date