PROB 12C
(6/16)

Report Date: September 10, 2026

# United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 10, 2026

**for the**

**Eastern District of Washington**

ECF No 52

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Deena Marie Castagna — Case Number: 0980 2:25CR00074-TOR-1

Address of Offender: [redacted], Medical Lake, Washington 99022

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: April 15, 2026

Original Offense: Distribution of Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(C)

Original Sentence: Prison - 48 months — Type of Supervision: Probation

Asst. U.S. Attorney: Michael Louis Vander Giessen — Date Supervision Commenced: April 15, 2026

Defense Attorney: Federal Defenders Office — Date Supervision Expires: April 14, 2030

---

**PETITIONING THE COURT**

To incorporate the violation(s) contained in the petition in future proceedings with the violation(s) previously reported to the Court on September 2, 2026.

On April 20, 2026, a probation intake was completed. Ms. Castagna signed a copy of her judgment acknowledging an understanding of the conditions imposed by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: It is alleged that Deena Castagna violated the terms of her probation by consuming a controlled substance, methamphetamine, on or about August 3, 2026.<br><br>On August 3, 2026, a sweat patch was applied on Ms. Castagna. On August 13, 2026, the sweat patch was removed. A lab report has since been received confirming a positive presence for methamphetamine and amphetamine. |

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 09/10/2026

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Thomas O. Rice

Signature of Judicial Officer

9/10/2026

Date