PROB 12C
(6/16)

Report Date: September 16, 2026

# United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 16, 2026

SEAN F. MCAVOY, CLERK

ECF No 54

**for the**

**Eastern District of Washington**

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Deena Marie Castagna Case Number: 0980 2:25CR00074-TOR-1

Address of Offender: [redacted] Medical Lake, Washington 99022

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: April 15, 2026

Original Offense: Distribution of Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(C)

Original Sentence: Probation - 48 months Type of Supervision: Probation

Asst. U.S. Attorney: Michael Louis VanderGiessen Date Supervision Commenced: April 15, 2026

Defense Attorney: Federal Defenders Office Date Supervision Expires: April 14, 2030

---

### PETITIONING THE COURT

To issue a **warrant** and incorporate the violation(s) contained in the petition in future proceedings with the violation(s) previously reported to the Court on September 2 and September 10, 2026.

On April 20, 2026, a probation intake was completed. Ms. Castagna signed a copy of her judgment acknowledging an understanding of the conditions imposed by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: It is alleged that Deena Castagna violated the terms of her probation by consuming a controlled substance, methamphetamine, on or about August 26, 2026.<br><br>On August 26, 2026, a sweat patch was applied on Ms. Castagna. On August 31, 2026, the sweat patch was removed. A lab report has since been received confirming a positive presence for methamphetamine and amphetamine. |

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a **warrant.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 09/16/2026

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violations contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Thomas O. Rice

Signature of Judicial Officer

September 16, 2026

Date