PROB 12C
(6/16)

Report Date: October 2, 2026

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Oct 07, 2026
SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Deena Marie Castagna — Case Number: 0980 2:25CR00074-TOR-1

Address of Offender: [redacted]

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: April 15, 2026

Original Offense: Distribution of Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(C)

Original Sentence: Probation - 48 months — Type of Supervision: Probation

Asst. U.S. Attorney: Michael Louis Vander Giessen — Date Supervision Commenced: April 15, 2026

Defense Attorney: Adrien Lindsay Fox — Date Supervision Expires: April 14, 2030

---

### PETITIONING THE COURT

To incorporate the violation(s) contained in the petition in future proceedings with the violation(s) previously reported to the Court on September 2, 10, and 16, 2026.

On April 20, 2026, a probation intake was completed. Ms. Castagna signed a copy of her judgment acknowledging an understanding of the conditions imposed by the Court

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 6 | **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: It is alleged that Deena Castagna violated the terms of her probation by consuming a controlled substance, methamphetamine, on or about September 9, 2026.<br><br>On September 9, 2026, a sweat patch was applied on Ms. Castagna. On September 17, 2026, the sweat patch was removed. A lab report has since been received confirming a positive presence for methamphetamine and amphetamine. |

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 2, 2026

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Thomas O. Rice

Signature of Judicial Officer

October 7, 2026

Date